# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03488-STV

KIMBERLY LACHUT,

    Plaintiff,

    v.

CARBONITE, INC., STEVE MUNFORD,
LINDA CONNLY, SCOTT DANIELS,
DAVID FRIEND, CHARLES KANE,
TODD KRASNOW, and MARINA LEVINSON,

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Lachut hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: January 2, 2020

    Respectfully submitted,

    **HALPER SADEH LLP**

    /s/ Daniel Sadeh
    Daniel Sadeh, Esq.
    375 Park Avenue, Suite 2607
    New York, NY 10152
    Telephone: (212) 763-0060
    Facsimile: (646) 776-2600
    Email: sadeh@halpersadeh.com

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

       I, Daniel Sadeh, hereby certify that on January 2, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 2, 2020                    /s/ Daniel Sadeh
                                                 Daniel Sadeh